## In re Nik L. JOHNSTON and John P. Bardeen.

No. 03–1554.

United States Court of Appeals, Federal Circuit.

May 20, 2004.

Timothy J. Martin, Principal Attorney, Michael Roos Henson, of Counsel, Lakewood, CO, for Appellants.

John M. Whealan, Principal Attorney, Arlington, VA, James P. Walsh, of Coun-

sel, Davis Wright, San Francisco, CA, Stephen Walsh, of Counsel, Arlington, VA, for Appellee.

Before SCHALL, GAJARSA, and DYK, Circuit Judges.

### Judgment

PER CURIAM.

*This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:*

AFFIRMED. *See* Fed. Cir. R. 36.